

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-24-00223-CV

───────────────────────

JERALD MILLER, Appellant

V.

VICTORIA MARTINEZ A/K/A ALISA MARTINEZ, AMBERNESS HERNANDEZ, AND "JANE DOE" WHEREAS "JANE DOE" REPRESENT ANY UNKNOWN PERSON, Appellees

───────────────────────

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2023-008926-3

───────────────────────

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Jerald Miller attempts to appeal an April 15, 2024 "Order Denying Motion to Recuse Judge."

We have jurisdiction to consider appeals only from final judgments and from certain interlocutory orders made immediately appealable by statute. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). This is not the first time that Miller has brought an appeal and faced this jurisdictional hurdle. *See Miller v. City of Fort Worth*, No. 02-24-00096-CV, 2024 WL 3059839, at *1 (Tex. App.—Fort Worth June 20, 2024, no pet. h.) (per curiam) (mem. op.); *Miller v. City of Fort Worth*, No. 02-22-00476-CV, 2023 WL 2179457, at *1 (Tex. App.—Fort Worth Feb. 23, 2023, no pet.) (per curiam) (mem. op.); *Miller v. Tarrant Cnty. Appraisal Dist.*, No. 02-22-00328-CV, 2022 WL 5240534, at *1 (Tex. App.—Fort Worth Oct. 6, 2022, no pet.) (mem. op.). Because this appeal did not appear to be from a final judgment or an appealable interlocutory order, we notified Miller that we could dismiss the appeal unless he or another party filed a response on or before May 28, 2024, showing grounds for continuing the appeal. We received no response.

The order from which Miller attempts to appeal is not a final judgment or an appealable interlocutory order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; Tex. R. Civ. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment."); *see also In re Commitment of Lewis*, 495 S.W.3d 341, 343 (Tex. App.—Beaumont 2016, pet. denied) (raising

2

challenge to denial of recusal motion in issue brought from appeal of final judgment). Accordingly, we do not have jurisdiction over this appeal. *See Lehmann*, 39 S.W.3d at 195; *Shepherd v. Helen Painter & Co.*, No. 02-22-00502-CV, 2023 WL 308192, at *1 (Tex. App.—Fort Worth Jan. 19, 2023, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction when appellant attempted to appeal the order denying her motion to recuse the trial judge before final judgment was rendered).

We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: June 27, 2024